IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ELIJAH AKEEN SAMPSON, )
)
    Petitioner, )
)
v. ) CASE NOS. CV416-016
)            CR412-018
UNITED STATES OF AMERICA, )
)
    Respondent. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 14), to which objections have been filed (Doc. 18). After a careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. Petitioner has provided no meritorious basis for relief in his objections. As a result, Petitioner's 28 U.S.C. § 2255 petition is **DENIED**. Petitioner's request for an evidentiary hearing is **DENIED**. In addition, Petitioner is not entitled to a Certificate of Appealability, rendering moot any request to proceed in forma pauperis on appeal. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 27th day of December 2017.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA